UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 3, 2016

MEMO TO COUNSEL RE:  Mandraki Inc, T/A The Broadway Diner v.
Sysco Baltimore, LLD, et al.
Civil No. JFM-16-272

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for partial reconsideration or, in the alternative, leave to amend.

Plaintiff's motion (document 22) is treated as one for leave to amend and, as such, is granted. I am satisfied that a factual record needs to be established before ruling upon the issues raised by defendants in response to the motion.

A conference call will be held on  June 17, 2016  at  9:45  a.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge