UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 18, 2016

MEMO TO COUNSEL RE:  Mandraki Inc, T/A The Broadway Diner v.
Sysco Baltimore, LLD, et al.
Civil No. JFM-16-272

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' partial motion to dismiss amended complaint.

The motion (document 27) is denied. I am satisfied that plaintiff has stated plausible claims by the allegations made in the amended complaint.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge